UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D'ARRIGO BROS. CO. OF NEW YORK, INC., | Case No. 24-cv-138 (LGS) |
| Plaintiff, | **CONSENT JUDGMENT** |
| - against - | So Ordered. The Clerk of Court is respectfully directed to enter judgment and to close the case. |
| 65 BURNSIDE MEAT MARKET CORP., SAGAL MEAT MARKET INC., 134th MEAT MARKET, INC., G & H SUPERMARKET CORP., D D & S MEAT, FISH & PRODUCE INC., LENIN SANCHEZ, SR. and FERNANDO SANCHEZ, | Dated: January 12, 2024<br>New York, New York |
| Defendants. | Lorna G. Schofield<br>United States District Judge |

Defendants 65 Burnside Meat Market Corp. having a principal place of business at 65 East Burnside Avenue, Bronx, New York 10453 ("Burnside Market"), 134th Meat Market Inc. having a principal place of business at 514 East 134th Street, Bronx, New York 10454 ("134th Market"), Sagal Meat Market Inc. having a principal place of business at 1274 Broadway, Brooklyn, New York 10566 ("Sagal Market"); G & H Supermarket Corp. having a principal place of business at 174 Main Street, Paterson, New Jersey 07505 ("G&H Market"), D D & S Meat, Fish & Produce Inc. having a principal place of business at 3430 Jerome Avenue, Bronx, New York 10467 ("DD&S Market"), Lenin Sanchez, Sr. residing at 41 Black Birch Lane, Scarsdale, New York 10583 ("L. Sanchez") and Fernando Sanchez residing at 65 Bellevue Place, Yonkers, New York 10703 ("F. Sanchez") (Burnside Market, 134th Market, Sagal Market, G&H Market, DD&S Market, L. Sanchez and F. Sanchez collectively, "Defendants") hereby consent to the entry of judgment against them, , jointly and severally, and in favor of plaintiff D'Arrigo Bros. Co. of New York, Inc. having an address at 315 NYC Terminal Market, Bronx, New York 10474 ("Plaintiff") under the trust provisions of the Perishable Agricultural Commodities Act, 7 U.S.C. 499a, *et seq.*

("PACA"), as follows:

In favor of Plaintiff and against Defendants in the principal amount of $77,490.50, plus accrued interest at the rate of 18% *per annum* through January 12, 2024, in the amount of $3,217.48 and attorneys' fees and expenses in the amount of $9,716.00, for a total judgment under the trust provisions of PACA in the amount of $90,423.98, and that Plaintiff shall have immediate execution therefor.

Dated: _____

**65 Burnside Meat Market Corp.**

By: _____
Lenin Sanchez, Sr., President

**134th Meat Market Inc.**

By: _____
Lenin Sanchez, Sr., President

**Sagal Meat Market Inc.**

By: _____
Lenin Sanchez, Sr., President

**G & H Supermarket Corp.**

By: _____
Fernando Sanchez, President

**D D & S Meat, Fish & Produce Inc.**

By: _____
Fernando Sanchez, President

- 3 -

_____
Lenin Sanchez, Individually

_____
Fernando Sanchez, Individually

ENTERED:

Date: _____

_____
Lorna G. Schofield, U.S.D.J.